THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
BENJAMIN GOLDFARB, Respondent.

*People* v. *Goldfarb*, 152 App. Div. 870, affirmed.
(Submitted November 23, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 8, 1912, upon an order which reversed
a judgment of the Court of Special Sessions of the city of
New York convicting defendant of the crime of disorderly
conduct on a public conveyance and directed the discharge
of the said defendant.

*Charles S. Whitman, District Attorney* (*Robert C.
Taylor* of counsel), for appellant.

*K. Henry Rosenberg* for respondent.

Judgment affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN and CUDDEBACK, JJ.   Not sitting:
MILLER, J.